**KAZEROUNI LAW GROUP, APC**
David McGlothlin, Esq. (SBN: 253265)
ak@kazlg.com
Mona Amini, Esq. (SBN: 296829)
mona@kazlg.com
245 Fischer Avenue, Unit D1
Costa Mesa, California 92626
Telephone: (800) 400-6808
Facsimile: (800) 520-5523

*Attorneys for Plaintiff,*
Jazmine Langford

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAZMINE LANGFORD,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>BRISTOL POINT FINANCIAL, INC.,<br><br>　　　　Defendant. | Case No.: 8:20-cv-01555-JWH-DFM<br><br>**NOTICE OF SETTLEMENT** |

//
//
//
//
//
//
//
//
//

**TO THE COURT, PARTIES AND THEIR ATTORNEYS:**

**PLEASE TAKE NOTICE** that Plaintiff JAZMINE LANGFORD ("Plaintiff") and Defendant BRISTOL POINT FINANCIAL, INC. ("Defendant"), (collectively as "the Parties") have agreed to settle the above-captioned action.

The Parties anticipate that they will finalize the settlement agreement and a stipulation for dismissal of this action with prejudice will be forthcoming within forty-five (45) days from the date of this Notice. The Parties respectfully request that the Court vacate any upcoming hearings or deadlines in this matter in light of the Parties' settlement.

Dated: March 15, 2021         Respectfully submitted,

                                            **KAZEROUNI LAW GROUP, APC**

                                            By:  s/ Mona Amini
                                                      MONA AMINI, ESQ.
                                                      *Attorneys for Plaintiff*

# PROOF OF SERVICE

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is Kazerouni Law Group, APC, 245 Fischer Avenue, Unit D1, Costa Mesa, California 92626. On March 15, 2021, I served the within document(s):

**NOTICE OF SETTLEMENT**

☒ CM/ECF - by transmitting electronically the document(s) listed above to the electronic case filing system on this date before 11:59 p.m. The Court's CM/ECF system sends an e-mail notification of the filing to the parties and counsel of record who are registered with the Court's CM/ECF system.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct. Executed on March 15, 2021, at Costa Mesa, California.

　　　　　　　　　　　　　　　　　/s/ *Mona Amini* _____
　　　　　　　　　　　　　　　　　MONA AMINI