**KAZEROUNI LAW GROUP, APC**
David J. McGlothlin, Esq. (SBN: 253265)
david@kazlg.com
Mona Amini, Esq. (SBN: 296829)
mona@kazlg.com
245 Fischer Avenue, Unit D1
Costa Mesa, CA 92626
Telephone: (800) 400-6808
Facsimile:  (800) 520-5523

*Attorneys for Plaintiff,*
Jazmine Langford

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JAZMINE LANGFORD,** | Case No.: 8:20-cv-01555-JWH-DFM |
| Plaintiff, | **STIPULATION TO DISMISS ACTION PURSUANT TO F.R.C.P. 41(A)** |
| vs. | |
| **BRISTOL POINT FINANCIAL, INC.** | |
| Defendant. | |

//
//
//
//
//
//
//
//
//

- 1 -
STIPULATION TO DISMISS ACTION PURSUANT TO F.R.C.P. 41(A)

Plaintiff Jazmine Langford ("Plaintiff") and Defendant Bristol Point Financial, Inc. ("Defendant") stipulate and jointly request pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) that this action be dismissed in its entirety with prejudice. Each party shall bear its own attorney's fees and costs.

**IT IS SO STIPULATED.**

Dated: June 4, 2021     **KAZEROUNI LAW GROUP, APC**

By: *s/ Mona Amini*
Mona Amini, Esq.
*Attorneys for Plaintiff*

Dated: June 4, 2021     **Ruzicka, Wallace, Coughlin, LLP**

By: *s/ Steven E. Bolanos*
Steven E. Bolanos, Esq.
*Attorneys for Defendant*

### SIGNATURE ATTESTATION

I hereby attest that all signatories listed above, on whose behalf this stipulation is submitted, concur in the filing's content and have authorized the filing.

Dated: June 4, 2021     **KAZEROUNI LAW GROUP, APC**

By: *s/ Mona Amini*
Mona Amini, Esq.
*Attorneys for Plaintiff*

# CERTIFICATE OF SERVICE

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is Kazerouni Law Group, APC, 245 Fischer Avenue, Unit D1, Costa Mesa, CA 92626. On June 4, 2021, I served the within document(s):

**STIPULATION TO DISMISS ACTION PURSUANT TO FRCP 41(A); AND PROPOSED ORDER**

☒   CM/ECF - by transmitting electronically the document(s) listed above to the electronic case filing system on this date before 11:59 p.m. The Court's CM/ECF system sends an e-mail notification of the filing to the parties and counsel of record who are registered with the Court's CM/ECF system.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct. Executed on June 4, 2021, at Costa Mesa, California.

/s/ Mona Amini
MONA AMINI, ESQ.